[4 NE3d 359, 981 NYS2d 349]

Adwoa Gyabaah, Respondent, v Rivlab Transportation Corp., Appellant, et al., Defendant. Jeffrey A. Aronsky, P.C., Nonparty Respondent.

Decided December 17, 2013

### APPEARANCES OF COUNSEL

*Law Offices of Kral Clerkin Redmond Ryan Perry & Van Etten, LLP*, Melville (*Elizabeth Gelfand Kastner* of counsel), for appellant.

*Law Offices of Kenneth A. Wilhelm*, New York City (*Barry Liebman* and *Susan R. Nudelman* of counsel), for respondent.

*Pollack, Pollack, Isaac & De Cicco*, New York City (*Brian J. Isaac* of counsel), for nonparty respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs, and the certified question answered in the affirmative.

This action was not settled because the general release and the hold harmless agreement were never delivered to defendant, nor was the acceptance of the settlement offer otherwise communicated to defendant or its carrier (*see White v Corlies*, 46 NY 467, 469 [1871]).

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA concur; Judge ABDUS-SALAAM taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative, in a memorandum.